IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VALERIE KINMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SARAYA USA, INC. d/b/a LAKANTO, a Utah corporation,<br><br>        Defendant. | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>Case No. 2:26-cv-00062<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

On January 21, 2026, Judge Robert W. Gettleman in the Northern District of Illinois granted the Defendant's motion to transfer venue to the District of Utah. (See ECF No. 46.) The case was transferred with a pending motion to dismiss. (See ECF No. 20.) Given the court's preference for its local rules and Tenth Circuit case law, the court denies the pending motion without prejudice and grants the Defendant 14 days from the date on which the Plaintiff files a notice of appearance to refile the motion.

For the foregoing reasons, the court ORDERS as follows:

    1.    The Defendant's motion to dismiss (ECF No. 20) is DENIED WITHOUT PREJUDICE.

    2.    The Defendant may refile that motion within 14 days after the Plaintiff files a notice of appearance.

DATED this 28th day of January, 2026.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge