IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VALERIE KINMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARAYA USA, INC. d/b/a LAKANTO, a Utah Corporation,<br><br>Defendants. | **ORDER FOR COUNSEL TO APPEAR OR FOR PLAINTIFF TO FILE A NOTICE OF INTENT TO PROCEED PRO SE**<br><br>Case No. 2:26-cv-00062<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

On January 22, 2026, this case was transferred from the Northern District of Illinois. (See ECF No. 48.) Plaintiff Valerie Kinman's previous counsel was not admitted to practice in this court. The Clerk's Office sent a letter on January 22, 2026, notifying Ms. Kinman's previous counsel that they must be admitted pro hac vice to appear and explaining the process for admission. (See ECF No. 49.) A month has passed without Ms. Kinman's counsel moving to be admitted to this court, leaving Ms. Kinman without representation.

Accordingly, by no later than March 18, 2026, the Plaintiff shall 1) ask her counsel to move for pro hac vice admission, 2) ask her new counsel to file a notice of appearance, or 3) file notice of her intent to proceed pro se. Failure to timely comply with this order will result in this action being dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to email and mail a copy of this Order to

Ms. Kinman's counsel in the Illinois litigation, and counsel must forward it to Ms. Kinman. The address for counsel is:

Naomi B. Spector (nspector@kamberlaw.com)
KamberLaw LLP
3451 Via Montebello, Suite 192-212
Carlsbad, CA 92009
(310) 400-1053

DATED this 25th day of February, 2026.

BY THE COURT:

Tena Campbell
United States District Judge